

FILED
1:22 pm, 10/16/23
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ALBANY COUNTY CONSERVANCY and J. MICHAEL LOCKHART,<br><br>    Petitioners,<br><br>vs.<br><br>TIMOTHY NOVOTNY, Field Manager, Rawlins Field Office, U.S. Bureau of Land Management, TRACY STONE-MANNING, Director, U.S. Bureau of Land Management, DEB HAALAND, Secretary, U.S. Department of the Interior,<br><br>    Respondents,<br><br>and<br><br>ROCK CREEK WIND, LLC,<br><br>    Intervenor-Respondent. | ORDER GRANTING PACIFICORP'S MOTION TO INTERVENE<br><br>Case No. 2:23-cv-00134-ABJ |

    THIS MATTER, having come before the Court on the Motion to Intervene filed by PacifiCorp, and this Court having reviewed the motion and being fully apprised in the premises, finds that the Motion should be granted. Respondents do not oppose permissive intervention and the Court finds that PacifiCorp meets the requirements in Federal Rule of Civil Procedure 24(b).

    IT ORDERED that PacifiCorp may permissively intervene and the case caption shall be amended to include PacifiCorp as an Intervenor-Respondent.

    IT IS FURTHER ORDERED pursuant to Local Rule 83.6(a)(4) that PacifiCorp is not required to file a response to Petitioners' Petition at this time.

    DATED this 16th day of October, 2023.

                                                                         Kelly Rankin
                                                                         U.S. Magistrate Judge